1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2  JOHN GLUGOSKI (Cal. State Bar No 191551)
   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 983-0900
5  Facsimile: (415) 397-9005
   mike@righettilaw.com
6
   Attorneys for Plaintiffs
7  Kenneth Corado, Oscar Miranda,
   Lamar Burress, and Jeremy Amos
8
9  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
10 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
11 San Francisco, California 94105-3441
   Telephone:  (415) 856-7000
12 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
13 justinscott@paulhastings.com

14 MEREDITH M. SNYDER (Cal. State Bar No. 254172)
   PAUL HASTINGS LLP
15 875 15th Street, N.W.
   Washington, D.C. 20005
16 Telephone: (202) 551-1700
   Facsimile: (202) 551-1705
17 meredithsnyder@paulhastings.com

18 Attorneys for Defendant
   Rite Aid Corporation

19
20                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA

21 KENNETH CORADO, OSCAR           No. 5:15-CV-01801 MWF (JEMx)
   MIRANDA, LAMAR BURRESS AND
22 JEREMY AMOS,                    [**PROPOSED**] ORDER ON
                                   STIPULATED PROTECTIVE
23            Plaintiffs,          ORDER

24       vs.                       Judge:  Hon. Michael W. Fitzgerald

25 RITE AID CORPORATION, and
   DOES 1 through 50, inclusive,
26
              Defendants.
27
28

1   Pursuant to Stipulation, it is so Ordered that the Parties are bound by the
2   Stipulated Protective Order.
3
4   Dated:  April 13, 2016.

_____
United States District Judge
Hon. Michael W. Fitzgerald